No. 76–1665. PARKER v. BOORSTIN, LIBRARIAN OF CONGRESS, ET AL. C. A. D. C. Cir. Certiorari dismissed August 29, 1977, under this Court's Rule 60.

No. 76–1712. LOCAL 741, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO v. MYERS ET AL. C. A. 5th Cir. Certiorari dismissed August 29, 1977, under this Court's Rule 60.

No. 76–1311. CALIFORNIA-AMERICAN WATER CO. v. SOUTH BAY IRRIGATION DISTRICT ET AL. Ct. App. Cal., 4th App. Dist. Certiorari dismissed August 30, 1977, under this Court's Rule 60.

No. 76–1673. WARREN, EXECUTOR, ET AL. v. SERODY ET AL. C. A. 5th Cir. Certiorari dismissed August 30, 1977, under this Court's Rule 60.

No. 77–5151. CIRILLO v. UNITED STATES. C. A. 2d Cir. Certiorari dismissed September 1, 1977, under this Court's Rule 60.

No. 76–1734. VUITCH ET AL. v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. D. C. Cir. Certiorari before judgment dismissed September 12, 1977, under this Court's Rule 60.

No. 76–932. NATIONAL FOOTBALL LEAGUE ET AL. v. MACKEY ET AL. C. A. 8th Cir. Certiorari dismissed September 12, 1977, under this Court's Rule 60.